UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM GERONIMO,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>L.A. MARTINEZ, Warden,<br><br>　　　　　　　Respondent. | Case No. LACV 22-1446-JLS (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

　　　Accordingly, IT IS ORDERED THAT:

　　　1.　The Report and Recommendation is approved and accepted;

　　　2.　Judgment be entered denying the Petition and dismissing this action with prejudice; and

　　　3.　The Clerk serve copies of this Order on the parties.

DATED: July 20, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE