JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM GERONIMO, | Case No. LACV 22-1446-JLS (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| L.A. MARTINEZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 20, 2022

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE